1034

LAWRENCE MCGUIRE, *Respondent*, v. CROWLEY MARITIME CORPORATION, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 87-2-05327-0, Sharon S. Armstrong, J., entered November 3, 1988. *Reversed* by unpublished opinion per Coleman, C.J., concurred in by Pekelis and Forrest, JJ.

RELIGIOUS SISTERS OF MERCY OF ALMA, MICHIGAN, *Appellant*, v. SAN JUAN COUNTY, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for San Juan County, No. 5548, Richard L. Pitt, J., entered November 11, 1988. *Affirmed* by unpublished opinion per Grosse, A.C.J., concurred in by Scholfield and Webster, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. JAMES R. BATCHELOR, *Appellant*.

Appeals from judgments of the Superior Court for Snohomish County, No. 86-1-01249-9, John F. Wilson, J., entered January 12 and 13, 1990. *Remanded* by unpublished per curiam opinion.